FRANK M. GRAHAM, Appellant, v. WILLIAMS FURNITURE Co., INC., Respondent. — Judgment of the County Court of Nassau county reversed on the law and a new trial ordered, with costs to the appellant to abide the event. In our opinion, the plaintiff made out a *prima facie* case of negligence and the dismissal of the

complaint at the close of the plaintiff's case was improper. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.